UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **HERMAN ROBINSON, III,** <br><br> Plaintiff, <br><br> vs. <br><br> **UNITED STATES OF AMERICA** <br><br> Defendant. | 2:21-CV-10947-TGB-APP <br><br> HON. TERRENCE G. BERG <br> HON. ANTHONY P. PATTI <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 19)** |

This matter is before the Court on Magistrate Judge Anthony P. Patti's November 5, 2021 Report and Recommendation (ECF No. 19), recommending that Plaintiff's Motion for Summary Judgment (ECF No. 12) and Defendant's Motion to Dismiss (ECF No. 14) be deemed moot.

The Court has reviewed the Magistrate Judge's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.*

1

Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept the Magistrate Judge's Report and Recommendation of November 5, 2021 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Patti's Report and Recommendation (ECF No. 19) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 12) is **DENIED AS MOOT**. It is **FURTHER ORDERED** that Defendant's Motion to Dismiss (ECF No. 14) is **DENIED AS MOOT.**

**SO ORDERED** this 9th day of December, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge