UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **HERMAN ROBINSON, III,**<br><br>Plaintiff,<br><br>vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | 2:21-CV-10947-TGB-APP<br><br><br><br>**JUDGMENT** |

In accordance with the Opinion and Order issued on this date, **ADOPTING** the Magistrate's report and recommendation (ECF No. 26), **GRANTING** Defendant's motion to dismiss or in the alternative for summary judgment (ECF No. 17), and **DENYING** Plaintiff's motion for summary judgment (ECF No. 20), judgment is entered in favor of Defendant and it is **ORDERED AND ADJUDGED** that the case is **DISMISSED**.

Dated at Detroit, Michigan:  September 2, 2022

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE